# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| ALICE SULLIVAN, | ) | CASE NO. 1:22-CV-779 |
| | ) | |
| Plaintiff, | ) | SENIOR JUDGE |
| | ) | CHRISTOPHER A. BOYKO |
| vs. | ) | |
| | ) | |
| KILOLO KIJAKAZI, | ) | ORDER |
| ACTING COMMISSIONER OF | ) | |
| SOCIAL SECURITY | ) | |
| | ) | |
| Defendant. | ) | |

**CHRISTOPHER A. BOYKO, SR. J.:**

On May 13, 2022, Plaintiff filed a Complaint pursuant to Title 42 U.S.C. §§ 405(g) and 1383(c). (Doc. 1). The Court referred this matter to the Magistrate Judge pursuant to Local Rule 72.2. (See Non-Document Order dated May 13, 2022.) On February 24, 2023, the Magistrate Judge recommended the Court reverse the Commissioner's decision denying disability insurance benefits, disabled widow's benefits, and supplemental security income and remand the matter for further proceedings. (Doc. 13.). Defendant has filed a response indicating it would not be filing objections to the Magistrate Judge's Report and Recommendation. (Doc. 14.)

Therefore, the Magistrate Judge's Report and Recommendation is **ADOPTED** and the and the decision of the Commissioner is **REVERSED** and the case **REMANDED**, pursuant to 42 U.S.C. § 405(g), for further proceedings consistent with the Report and Recommendation.

IT IS SO ORDERED.

                                                       /s  Christopher A. Boyko
                                                       **CHRISTOPHER A. BOYKO**
                                                       **Senior United States District Judge**

**Dated: March 15, 2023**